**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mark D. EMMONS, Defendant– Appellant.**

No. 06–14473
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 21, 2007.

Robert Calvin Rivers, Jacksonville, FL, for Defendant–Appellant.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office/Middle Dist. of FL, Tampa, FL, for Plaintiff–Appellee.

Before EDMONDSON, Chief Judge, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

Robert Calvin Rivers, appointed counsel for Mark D. Emmons on this direct criminal appeal, has filed a motion to withdraw supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of this appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Emmons's conviction and sentence are **AF-FIRMED.**